IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MOHAMMED NUSRATH ALI KHAN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:11-CV-160-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| ERIC HOLDER, *et al.* | : | |
| | : | |
| Respondents. | : | |

_____

**RECOMMENDATION OF DISMISSAL**

Presently pending before the Court is Respondents' motion to dismiss, filed on December 22, 2011. (ECF No. 11.) In his application for habeas relief pursuant to 28 U.S.C. § 2241, Petitioner was challenging the legality of his continued detention by the Immigration and Customs Enforcement agency. (Pet. for Writ of Habeas Corpus 4-6, ECF No. 1.) Along with the motion to dismiss, Respondents filed a Release Notification (Mot. to Dismiss Ex. A at 1, ECF No. 11-1) and Order of Supervision (Mot. to Dismiss Ex A at 4) showing that Petitioner was released on supervised release on December 13, 2011, pending his removal to his native country of India. Because of Petitioner's release, Respondents now contend that Petitioners' pending § 2241 petition is moot and should be dismissed as such. (Mot. to Dismiss 2-3.)

On December 27, 2011, the Court ordered Petitioner to respond to the Motion to Dismiss and specifically requested that in a response and reply the parties address the Eleventh Circuit's holding in *Alvarez v. Holder*, Nos. 10-13907, 10-14056, 2011 WL

6187122 (11th Cir. Dec. 14, 2011).  (Order for Resp. 2, Dec. 27, 2011.)  In that case, the Eleventh Circuit held that the district court had jurisdiction over the petitioner's § 2241 application for habeas relief despite his release on an order for supervised release. *Alvarez*, 2011 WL 6187122, at * 2.  Petitioner has failed to respond to Respondents' Motion to Dismiss; and consequently, Respondents have not filed a reply.  Therefore, the Court recommends dismissal of Petitioner's action without prejudice for failure to prosecute pursuant to Federal Rules of Civil Procedure Rule 41(b).[1]

WHEREFORE, IT IS RECOMMENDED that Petitioner's Application for writ of habeas corpus be DISMISSED without prejudice for failure to prosecute.  Respondents' Motion to Dismiss (ECF No. 11) should consequently be DENIED as moot.  Pursuant to 28 U.S.C. § 636(b)(1), the Petitioner may serve and file written objections to this recommendation with the United States District Judge within fourteen (14) days after being served a copy of this recommendation.

SO RECOMMENDED, this 13th day of March, 2012.

S/Stephen Hyles
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not reach the issue of mootness because the Petitioner has neglected to prosecute his case since his release.