IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MOHAMMED NUSRATH ALI KHAN,  \*

    Petitioner  \*

vs.  \*

    CASE NO. 4:11-CV-160 (CDL)

ERIC HOLDER, et al.,  \*

    Respondents  \*

ORDER ON RECOMMENDATION OF DISMISSAL

    This matter is before the Court pursuant to a Recommendation of Dismissal filed by the United States Magistrate Judge on March 13, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 12th day of April, 2012.

    s/Clay D. Land
    CLAY D. LAND
    UNITED STATES DISTRICT JUDGE